1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINE S. WATSON (CSBN 218006)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-6838
7  Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-05-70377 EDL |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION CONTINUING PRELIMINARY HEARING/ ARRAIGNMENT DATE AND WAIVING TIME LIMITS UNDER F.R.Cr.P 5.1. |
| v. | ) | |
| ARMANDO GRANADOS-ANGELES, a/k/a Armando Granados Angeles, a/k/a Armando Grenades | ) | |
| Defendant. | ) | |

The parties appeared before the Court on June 3, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a preliminary hearing date of June 23, 2005 at 9:30 a.m., before the Honorable Maria-Elena James and documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1. The parties agreed, and the Court found and held, as follows:

1. The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
3-05-70377 EDL

1    2. Counsel for the defense believes that postponing the preliminary hearing is in his
2    client's best interest, and that it is not in his client's interest for the United States to indict the
3    case before the June 23, 2005 preliminary hearing date.
4        3. The Court found that, taking into the account the public interest in the prompt
5    disposition of criminal cases, these grounds are good cause for extending the time limits for a
6    preliminary hearing under Federal Rule of Criminal Procedure 5.1.
7        4. The Court scheduled a preliminary hearing date of June 23, 2005 at 9:30 a.m., before
8    the Honorable Maria-Elena James.

10   IT IS SO STIPULATED.

12   DATED: 6/7/05                             _____
                                                CHRISTINE S. WATSON
13                                              Special Assistant United States Attorney

15   DATED: 6/22/05                            _____
                                                BARRY J. PORTMAN
16                                              Attorney for Armando Granados-Angeles

18   IT IS SO ORDERED.
19   DATED: 6/23/05                            _____
                                                HON. MARIA-ELENA JAMES
20                                              United States Magistrate Judge

STIPULATION AND ORDER
3-05-70377 EDL                                  2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**ORDER AND STIPULATION CONTINUING PRELIMINARY HEARING DATE, WAIVING TIME LIMITS UNDER F.R. CR. P. 5.1**

to be served this date on the party(ies) in this action,

<u>**Via Hand Delivery**</u>

**BARRY J. PORTMAN**
**Assistant Federal Public Defender**
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 23, 2005

Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office