IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: CR 05-361 CRB |
| Plaintiff, | |
| v. | ORDER |
| ARMANDO GRANADOS-ANGELES | |
| Defendant. | |

Good cause appearing, the Sheriff of Alameda County is to permit the defendant's brother, Martin Granados-Angeles to give the defendant at the Santa Rita Jail facility a pair of high-top shoes.

It is so ORDERED.

Dated: June 29, 2005

_____
Charles R. B.
United States District Judge

APPROVED
Judge Charles R. Breyer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER       1