1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINE S. WATSON (CSBN 218006)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-6838
7     Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00361 CRB |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 29, 2005 TO JULY 27, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| ARMANDO GRANADOS-ANGELES, a/k/a Armando Granados Angeles, a/k/a Armando Grenades, | ) | |
| Defendant. | ) | |

The parties appeared before the Court on June 29, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a change of plea hearing date of July 27, 2005, at 2:15 p.m., before the Honorable Charles R. Breyer, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 29, 2005 to July 27, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00361 CRB

1  2. Given these circumstances, the Court found that the ends of justice served by excluding
2  the period from June 29, 2005 to July 27, 2005, outweigh the best interest of the public and the
3  defendant in a speedy trial. Id. § 3161(h)(8)(A).

4  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
5  June 29, 2005 to July 27, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C.
6  § 3161(h)(8)(A) & (B)(iv).

7  4. The Court scheduled a change of plea hearing date of July 27, 2005, at 2:15 p.m., before
8  the Honorable Charles R. Breyer.

9  IT IS SO STIPULATED.

11  DATED: _____        _____/S/_____
                                          CHRISTINE S. WATSON
12                                        Special Assistant United States Attorney

14  DATED: _____        _____/S/_____
                                          BARRY PORTMAN
15                                        Attorney for Armando Granados-Angeles

16  IT IS SO ORDERED.

18  DATED:  July 12, 2005
                                          HON. CHARLES R. BREYER
                                          United States District Judge

APPROVED
Judge Charles R. Breyer

STIPULATION AND ORDER
CR 05-00361 CRB                          2