UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

FILED
AUG 3 1 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )
                           )
              vs.          )   Docket Number:  CR 05 00361 CRB
                           )
ARMANDO GRANADOS-ANGELES   )
                           )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 12th day of October, 2005, be continued until the 16th day of November, 2005 at 2:15 p.m.

Date: 8/31/05

_____
UNITED STATES DISTRICT JUDGE

kjg